**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6431**

---

BRITNEY ODELL BATES,

        Petitioner - Appellant,

    v.

CHADWICK DOTSON, in his official capacity as Director of the Virginia Department of Corrections,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:23-cv-00359-HEH-MRC)

---

Submitted:  November 19, 2024                    Decided:  November 22, 2024

---

Before QUATTLEBAUM, RUSHING, and BENJAMIN, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Britney Odell Bates, Appellant Pro Se.  Lindsay Brooker, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Britney Odell Bates, a Virginia inmate, seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 petition.  First, we grant Bates' motion to amend his informal brief and have considered it in our review.  The district court's order is not appealable unless a circuit justice or judge issues a certificate of appealability.  *See* 28 U.S.C. § 2253(c)(1)(A).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong.  *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017).  When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right.  *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)).

We have independently reviewed the record and conclude that Bates has not made the requisite showing.  Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2